Rec # 6965
2/25/10
$1085.09

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------

IN RE:                                                       BK NO. 04-24911

KATHERINE ANNE & STEPHEN PAUL GOULD
      Debtor(s)
-------------------------------------------------------

**NOTICE OF CORRECTED**
TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. The original notice referred to the incorrect case.

2. Ninety days have passed since final distribution under the Chapter 13 plan was made in the above case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    True Neighbor of the Lyons
    2701 N Rocky Pt. Drive Ste 660
    Tampa FL 33607-5921

3. Your Trustee's check for $1085.09, payable to the Clerk of the Court, was previously sent to the Clerk of the Court.

4. Nothing further remains to be done in this case.

Dated: March 2, 2010
        Rochester, NY                                       /s/_____
                                                               GEORGE M. REIBER, TRUSTEE